```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANTHONY CURKO and OSCAR                                     :
ZARATE,                                                     :
                                                            :
                              Plaintiff,                    :      21-CV-5977 (VSB)
                                                            :
              -against-                                     :           ORDER
                                                            :
EMBE RESTARUANT CORP. d/b/a                                 :
OSTERIA 57 and EMANUELE NIGRO,                              :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/21

<u>VERNON S. BRODERICK</u>, United States District Judge:

Plaintiffs commenced this action on July 12, 2021, (Doc. 1), and Defendants filed an answer on September 30, 2021, (Doc. 7).  The action was referred to mediation on October 1, 2021, (Doc. 8), but I am not aware of whether mediation has proceeded.  Accordingly, it is hereby:

ORDERED that by January 5, 2022, the parties are to file a letter informing me as to the status of mediation in this action.

SO ORDERED.

Dated: December 15, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge